83,377-01

EUGENE HART #541604
MICHAEL UNIT 2664 FM 2054
TENNESSEE COLONY TX. 75886

OCTOBER 20, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

TEXAS COURT OF CRIMINAL APPEALS
HONORABLE CLERK ABEL ACOSTA
P.O. BOX 12308 CAPITOL STATION
AUSTIN TEXAS 78711

RE: UPDATE ON STATUS REQUEST FOR APPOINTED COUNSEL ON DESIGNATED ISSUE ON CAUSE #509703-A FROM THE 209th DISTRICT COURT and WR-83377-01.

Dear Honorable Clerk,

Greeting I would kindly like to request your assistance in this unresolved issue regarding a request for counsel, I filed a Mandamus on March 16, 2013 requesting for a counsel on the designated issue on Cause #509703-A and WR-83377-01 on or about October 8, 2012 The Harris County District Clerk Chris Danial recieved and filed my C.C.P. Art. 11.07 Application for a Writ of Habeas Corpus. On or about 2-20-2013 The State Original answer for cause 509703-A was stamped and filed thus showing Respondent proposed Order Designating Issues and Order for filing affidavite by Trial Counsel W.K. Goode after 2 years and some months have elapsed without Relator Eugene Hart hearing from neither the 209th District Court or The Court of Criminal Appeals. Eugene Hart filed a Writ of Mandamus on 3-10-2015 which the Court of Criminal Appeals of Texas recieved and presented it to the Honorable Court on 6-1-2015. The Court of Criminal Appeals on or about 8-13-2015 informed Eugene Hart Relator on this day the supplemental Clerk's record in response to the order issued by this Court has been recieved and presented to the Court as of this date September 8, 2015, Eugene Hart Relator have yet to recieve a response on the Request for Counsel on the State's designated issue on Cause #509703-A and WR-83377-01. Will The Honorable Court please Inform relator if a appointed counsel has been appointed.

P.S. I thank you in advance for your time and consideration in this matter at hand,

Respectfully Submitted,

EUGENE HART #541604
MICHAEL UNIT 2664 FM 2054
TENNESSEE COLONY, TEXAS 75886